ACCEPTED
01-15-00192-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 1:52:05 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00192-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 1:52:05 PM
CHRISTOPHER A. PRINE
Clerk

DANIEL MANDARINO, *et al.*,

*Appellants*,

v.

SHERWOOD LANE INVESTMENTS, LLC,

*Appellee*.

**APPELLEE'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(b), Appellee, SHERWOOD LANE INVESTMENTS, LLC files this Unopposed First Motion for Extension of Time to File Appellee's Brief, and shows the following:

1.      On August 6, 2015, Daniel Mandarino, Carrie Mandarino, Laura Doyle, Robert Church, Bret Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert A. Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski and Vally Mestroni (collectively, "Appellants") filed Appellants' Brief.

2.	On February 25, 2015, Appellants filed their Designation of Clerk's Record.  *See* **Appendix 1** - Designation of Clerk's Record.

3.	Appellants' Designation included the following four items: **1)** Plaintiff's Reply to Defendants Daniel Mandarino, Carrie Mandarino, Laura Doyle, Brett Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert Church, Robert Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski, and Vally Mestroni's Response to Plaintiff's Motion for Summary Judgment—filed September 25, 2014; **2)** Exhibit F to Plaintiff's Reply; **3)** Exhibit F-A to Plaintiff's Reply; and **4)** Plaintiff's Proposed Order to Plaintiff's Objections and Motion to Strike Defendants Daniel Mandarino, Carrie Mandarino, Laura Doyle, Brett Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert Church, Robert Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski, and Vally Mestroni's Summary Judgment Evidence—filed September 25, 2014.  *Id*. at page 3.

4.	These four items are not present in the clerk's record—but they are pertinent to and necessary for the arguments Appellee makes in its Brief.

5.	On September 2, 2015, Appellee filed a supplemental request with the clerk to include the four missing items.  A copy of the letter is attached to this motion as **Appendix 2**.

6.      Appellee's Brief is due on Tuesday, September 8, 2015.[1]

7.      Appellee requests an additional 30 days to file its Brief, extending the time to file to October 8, 2015.

8.      No prior extensions have been granted to extend time to file Appellee's Brief.

9.      This request is not sought for delay but so that justice may be done.

**PRAYER FOR RELIEF**

For these reasons, Appellee Sherwood Lane Investments, LLC asks the Court to grant an extension of time to file its brief until October 8, 2015.

Respectfully submitted,

DANIELS & GENTLE, LLP

By:   */s/ Douglas A. Daniels*
        Douglas A. Daniels
        State Bar No. 00793579
        Jeremy A. Williams
        State Bar No. 24090467
        douglas.daniels@danielsgentle.com
        jeremy.williams@danielsgentle.com
        6363 Woodway Dr., Suite 980

---

[1] 30 days after August 6, 2015 is Saturday, September 5, 2015—which extends Appellee's deadline to file to Monday, September 7, 2015.  *See* TEX. R. APP. P. 4.1(a) (extending the period to file on the next day that is not a Saturday, Sunday, or legal holiday).  Furthermore, September 7, 2015 is a legal holiday extending Appellee's deadline to file its Brief to Tuesday, September 8, 2015.

Houston, Texas 77057-1759
(713) 979-4279 Telephone
(713) 979-4270 Facsimile

Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that I have complied with Texas Rules of Civil Procedure 21 and 21a and that a true and correct copy of the above and foregoing document has been served on the following counsel of record by the means indicated below this 3rd day of September, 2015.

Teri A. Walter
Glen Nordt
Walter Law Firm, P.C.
1111 North Loop West 115
Houston, Texas  77056
(713) 529-2020 Office
(713) 529-2266 Facsimile
Attorneys for Appellants
twalter@prevaillawyers.com
gnordt@prevaillawyers.com
*By e-service and/or e-mail and/or certified mail, return receipt requested*

/s/ *Douglas A. Daniels*
Douglas A. Daniels

## WALTER LAW FIRM, P.C.

1111 North Loop West Suite 1115
Houston, Texas 77008

TERI A. WALTER
BOARD CERTIFIED - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Phone 713 529-2020
Direct 832 831 9810
Fax 713 529-2266
twalter@prevaillawyers.com

February 25, 2015

Chandra Williams
Marcella Henderson
Clerk, 164th District Court
201 Caroline 12th Floor
Houston, TX 77002

Re: Cause No. 2014-32347, Sherwood Lane Investments, LLC v. Cal State Investment Limited Partnership, Eugene E. Volluci, Daniel Mandarino, Carrie Mandarino, Armando La Fontaine, Jennifer La Fontaine, Laura Doyle, Robert Church, Bret Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert A. Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski and Vally Mestroni; In the 164th Judicial District Court; Harris County, Texas

Dear Ms. Williams & Ms. Henderson:

Please included the following documents in the clerk's record for the appeal of this matter:

1.  06/05/14   SHERWOOD's Original Petition and Jury Demand

2.  07/07/14   Defendants' Original Answer

3.  07/28/14   SHERWOOD's Motion for Summary Judgment
    Exhibit A  Affidavit of John Gilmore
    Exhibit B  Affidavit of James Hale
    Exhibit B-1  Assignment of Promissory Note
    Exhibit B-2 Email from Jim Hale to Laura Doyle August 26, 2009
    Exhibit C  Affidavit of Herbert B. Richardson
    Exhibit C-1  Wraparound Promissory Note
    Exhibit D  Affidavit of Jeffrey Compton
    Exhibit E  Affidavit of Douglas A. Daniels
    Proposed Order

Appendix 1

4.  08/15/14    Defendants' Motion for Continuance of Motion for Summary Judgment
                Exhibit A - Commercial Contract - Improved Property
                Proposed Order

5.  08/20/14    SHERWOOD Response to Motion for Continuance of MSJ
                Proposed Order

6.  08/22/14    Amended Notice of Oral Hearing **9/26/14 @ 10:00 AM**

7.  09/10/14    Agreed Motion for Substitution of Counsel (TAW for Defendants
                Mandarino et. al.)

8.  09/11/14    Order for Substitution of Counsel for (TAW for Defendants Mandarino
                et. al.)

9.  09/18/14    Defendants' (Mandarino et. al.) Amended Answer

10. 09/19/14    Defendants' (Mandarino et. al.) Objections to Summary Judgment Evidence
                Proposed Order

11. 09/19/14    Defendants' (Mandarino et. al.) Response to Motion for Summary Judgment
                Exhibit A    Commercial Contract-Improved Property
                Exhibit B    Deed of Trust and Security Agreement (securing First Lien
                             Note) to Morgan Guaranty Trust Company, dated June 27,
                             2001
                Exhibit C    Assignment of Deed of Trust and Security Agreement
                             (securing First Lien Note) to Wells Fargo Bank, dated January
                             2, 2002
                Exhibit D    Deed of Trust (Wraparound Financing) dated October 16,
                             2006
                Exhibit E    Assignment of Mortgage (securing First Lien Note) to Nueva
                             Villa Apartment, LLC, dated March 31, 2010
                Exhibit F    Substitute Trustee's Deed (foreclosing First Lien Note) dated
                             April 12, 2010, (foreclosure of the property on April 6, 2010)
                Exhibit G    Records of the Texas Secretary of State regarding Sherwood
                             Pines, Ltd

Appendix 1

| | | |
|---|---|---|
| | Exhibit H | Records of the Texas Secretary of State, Certificate of Formation of Plaintiff, SHERWOOD LANE INVESTMENTS, LLC. |
| | Exhibit I | Letter dated March 10, 2008 from Sherwood Pines, Ltd. signed by Herbert B. Richardson and John Gilmore, addressed to James Hale, President of Lee Wallis, Inc. |
| | Exhibit J | Commission Agreement for the property located at 4211 Sherwood Lane, Houston, TX |
| | Exhibit K | Letter from the selling broker |
| | Exhibit L | Affidavit of Daniel Mandarino |
| | Exhibit M | Affidavit of Carrie Mandarino |
| | Exhibit N | Affidavit of Laura Doyle |
| | Exhibit O | Affidavit of Robert Church |
| | Exhibit P | Affidavit of Brett Beals as Trustee of the Beals Family Revocable Trust |
| | Exhibit Q | Affidavit of Linda Beals as Trustee of the Beals Family Revocable Trust |
| | Exhibit R | Affidavit of Robert A. Schalbe |
| | Exhibit S | Affidavit of William H. Gay, Jr. |
| | Exhibit T | Affidavit of Riccardio D. Gay |
| | Exhibit U | Affidavit of Eric Johnstone |
| | Exhibit V | Affidavit of Rafal Zielinski |
| | Exhibit W | Affidavit of Vally Mestroni |
| | Exhibit X | Timeline Summary of Summary Judgment Evidence |
| | Proposed Order | |

12.  09/25/14   SHERWOOD's Objections and Motion to Strike Defendants' Daniel Mandarino, et al. Summary Judgment Evidence
Proposed Order

13.  09/25/14   SHERWOOD's Reply to Defendants' (Daniel Mandarino, et al. ) Response to SHERWOOD's Motion for Summary Judgment
Exhibit F   Affidavit of Jeffrey Compton
Exhibit F-A   Second Lien Amount Unpaid Calculation

14.  09/30/14   SHERWOOD's 2nd Amended Notice of Oral Hearing - SF 11/14/14 @ 10

Appendix 1

15.     10/20/14     Defendants' (Mandarino et. al.) Supplemental Response to SHERWOOD's Motion for    Summary Judgment and Cross Motion for Interlocutory Summary Judgment Regarding Acceleration and/or Maturity of Wraparound Note

                        Exhibit A       Email Jim Hale to Laura Doyle, August 29, 2009
                        Exhibit B       Email Jim Hale to Laura Doyle, November 3, 2009
                        Exhibit C       Plaintiff's Original Petition (Lee Wallis Inc v Laura Doyle, unfiled)
                        Exhibit D       Affidavit of James Hale
                        Proposed Order
                        Notice of Hearing - SF 11.14.14 @10

16.     10/20/14     Defendants' (Mandarino et. al) Supplemental Response to SHERWOOD's Motion for Summary Judgment and Cross Motion for Summary Judgment Regarding Two Year Statute of Limitations

                        Exhibit A       Deed of Trust securing Original Fixed Rate Note (first lien)
                        Exhibit B       Deed of Trust securing Wraparound Note
                        Exhibit C       Substitute Trustee's Deed
                        Proposed Order
                        Notice of Hearing - SF 11.14.14 @ 10

17.     10/21/14     Defendants' (Mandarino et. al.) Second Amended Answer
                        Affidavit of Glen Nordt's

18.     10/22/14     SHERWOOD's Notice of Hearing on Motion to Strike Defendants (Daniel Mandarino, et al.) Summary Judgment Evidence - SF 11.14.14 @ 10

19.     10/22/14     Defendants' (Mandarino et. al.) Notice of Hearing on Objections to Summary Judgment Evidence- SF 11.14.14 @ 10

20.     11/7/14     SHERWOOD'S Response to Defendants' Cross-Motions for Summary Judgment and Reply to Defendants' Supplemental Responses to Plaintiff's Motion for Summary Judgment.

21.     12/19/14     Final Judgment

22.     01/15/15     Defendants' (Mandarino et. al.) Motion for New Trial, Motion for Specific Rulings on Defendants' objections to Plaintiff's Summary Judgment Evidence, and Objection to the Court's Failure or Refusal to Specifically Rule

Appendix 1

on Defendants' Objections to Plaintiff's Summary Judgment Evidence w/ Proposed Order
Notice of Hearing SF 1/30/15 @ 11

Please let me know the cost of the record as soon as it has been prepared.

Thank you very much for your assistance.

Sincerely,

Teri A. Walter



## DANIELS & GENTLE
### T R I A L   L A W Y E R S

Jeremy A. Williams
6363 Woodway, Suite 980
Houston, TX 77057
(713) 979-4279 Office
(713) 979-4270 Fax
jeremy.williams@danielsgentle.com

September 2, 2015

Chandra Williams
Marcella Henderson
Clerk, 164th District Court
201 Caroline, 12th Floor
Houston, Texas 77002

> Re: Cause No. 2014-32347; *Sherwood Lane Investments, LLC. v. Cal State Investment Limited Partnership, et al.*; In the 164th Judicial District Court of Harris County, Texas.
>
> Case No. 01-15-00192-CV, *Daniel Mandarino, et al. v. Sherwood Lane Investments, LLC*, In the Texas First Court of Appeals, Houston, Texas.

Dear Ms. Williams and Ms. Henderson:

Please supplement the clerk's record to include the following:

1. Plaintiff's Reply to Defendants Daniel Mandarino, Carrie Mandarino, Laura Doyle, Brett Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert Church, Robert Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski, and Vally Mestroni's Response to Plaintiff's Motion for Summary Judgment—filed 09/25/14.
   - Exhibit F
   - Exhibit F-A

2. Proposed Order to Plaintiff's Objections and Motion to Strike Defendants Daniel Mandarino, Carrie Mandarino, Laura Doyle, Brett Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert Church, Robert Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski, and Vally Mestroni's Summary Judgment Evidence—filed 09/25/14.

Appendix 2



Thank you for your assistance. Please contact me at (713) 979-4279 if you have any questions.

Very truly yours,

DANIELS & GENTLE, LLP

Jeremy A. Williams

/jw